AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GARY BRECKA, an individual<br><br>*Plaintiff(s)*<br>v.<br>SCOTT ZIMMERMAN, an individual, and WUNDR HOLDINGS LLC D/B/A WUNDR<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-60135-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Zimmerman
4315 #rd Avenue, #2310
San Diego, CA  92103-1567

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey Lottenberg, Esq.
Berger Singerman LLP
201 East Las Olas Blvd., Suite 1500
Ft. Ladeurdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jan 25, 2024

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GARY BRECKA, an individual<br><br>*Plaintiff(s)*<br>v.<br>SCOTT ZIMMERMAN, an individual, and WUNDR HOLDINGS LLC D/B/A WUNDR<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 0:24-cv-60135-WPD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wundr Holdings LLC d/b/a Wundr
8605 Santa Monica Blvd
PMB #497670
West Hollywood, CA  90069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Geoffrey Lottenberg, Esq.
Berger Singerman LLP
201 East Las Olas Blvd., Suite 1500
Ft. Ladeurdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  Jan 25, 2024

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts