**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**GARY BRECKA**, an individual,

        Plaintiff,

    v.                                 **Case No.:** 24-60135-CIV-DIMITROULEAS

**SCOTT ZIMMERMAN**, an individual, and
**WUNDR HOLDINGS LLC D/B/A WUNDR**,

        Defendants.
_____/

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the parties settlement agreement, Plaintiff Gary Brecka hereby voluntarily dismisses this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 14, 2024                        Respectfully submitted,

                                                        **BERGER SINGERMAN LLP**
                                                         *Attorneys for Plaintiff*
                                                         201 East Las Olas Boulevard, 15th Floor
                                                         Fort Lauderdale, Florida 33301
                                                         Main: (954) 525-9900
                                                         Facsimile: (954) 523-2872

                                          By:  /s/ *Geoffrey Lottenberg*
                                                         Geoffrey Lottenberg
                                                         Florida Bar No. 56240
                                                         glottenberg@bergersingerman.com
                                                         drt@bergersingerman.com